# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

UNITED STATES OF AMERICA

V.

Santos Porfirio Torres
YOB: 1989
Honduras

**CRIMINAL COMPLAINT**

Principal

United States District Court
Southern District Of Texas
FILED

MAY 1 2019

David J. Bradley, Clerk

Case Number: M-19-1007-M

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **April 30, 2019** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did,

*(Track Statutory Language of Offense)*

knowing or in reckless disregard of the fact that D.N.T.P., a citizen of Honduras, who had entered the United States in violation of law, did knowingly transport, or move or attempt to transport, by foot, said alien in furtherance of such violation of law within the United States, that is, from a location in Mission, Texas to the point of arrest in Mission, Texas,

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii)** **FELONY**

I further state that I am a(n) **Supervisory Border Patrol Agent** and that this complaint is based on the following facts:

On April 30, 2019, Border Patrol Agents apprehended a male subject, later identified as Santos Porfirio Torres, and a juvenile after both illegally crossed the Rio Grande River near Mission, Texas. Torres claimed to be traveling along with his juvenile son. An immigration inspection was conducted and both subjects were determined to be illegally present in the United States.

SEE ATTACHED

Continued on the attached sheet and made a part of this complaint:   [X] Yes   [ ] No

Signature of Complainant

Approved by Robert Guerra
AUSA

Sworn to before me and subscribed in my presence,

Ian D. Land    SBPA
Printed Name of Complainant

May 1, 2019                @ 5:05 pm   at   McAllen, Texas
Date                                         City and State

J Scott Hacker, U. S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# McALLEN, TEXAS

## ATTACHMENT TO CRIMINAL COMPLAINT:

M-19- /007-M

**RE:** Santos Porfirio Torres

**CONTINUATION:**

The subjects were subsequently transported to the McAllen Border Patrol Station to be processed accordingly.

Once at the station, Homeland Security Investigations Special Agents (HSI) interviewed Torres after it was discovered that Torres was using a fraudulent document to claim the relation to the juvenile and further their unlawful entry into the United States.

**PRINCIPAL STATEMENT:**
Santos Porfirio Torres was read his Miranda Rights. He understood and agreed to provide a sworn statement.

Torres stated he was not the father of the child and was only traveling with the child to successfully gain entry into the United States. Torres admitted that he obtained the child's fraudulent document to show he was the father. Torres claims he was traveling to Indiana to reside with his uncle.